JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANDAN ZHANG,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, SECRETARY, DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>Defendants. | No. 2:24-cv-05849-SB-PD<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARILY DISMISSAL OF ACTION [12]**<br><br><br>Honorable Stanley Blumenfeld, Jr.<br>United States District Judge |

Pursuant to the parties' Stipulation for Voluntary Dismissal, Dkt. No. 12, this action is hereby dismissed with prejudice, with each party to bear its own fees and costs. The Court discharges the August 16, 2024 order to show cause at Dkt. No. 11.

Dated: August 26, 2024

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

1